## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

**Case No. 1:20-cv-01232-DDD-NYW**

Franklin Perry and Justin Hilbrich, Individually and on Behalf of
All Other Persons Similarly Situated,

        Plaintiff,

v.

Clean Chemistry, Inc.,

Defendant.

## STIPULATION TO DISMISS WITH PREJUDICE

The Parties, through their respective undersigned counsel, hereby stipulate to the dismissal of this action, including all claims that were brought or could have been brought, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party responsible for his or its own attorneys' fees and costs. All pending motions are withdrawn.

Dated: April 9, 2021.

| | |
|---|---|
| **THE LAW OFFICES OF BRIAN D. GONZALES, PLLC** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| */s/ Brian D. Gonzales* | */s/ Andrew K. Lavin* |
| Brian D. Gonzales | Anna M. Reinert |
| 2580 East Harmony Road, Suite 201 | Andrew K. Lavin |
| Fort Collins, Colorado 80528 | Carter S. McDonnell |
| BGonzales@ColoradoWageLaw.com | 555 Seventeenth Street, Suite 3400 |
| | Denver, Colorado 80202 |
| **MIGLIACCIO & RATHOD, LLP** | Telephone: (303) 534-5160 |
| | areinert@grsm.com |
| */s/* Nicholas A. Migliaccio | alavin@grsm.com |
| Nicholas A. Migliaccio | cmcdonnell@grsm.com |
| Jason S. Rathod | *Attorneys for Defendant* |

- 2 -

412 H Street N.E., Suite 302
Washington, DC 20002
*Attorneys for Plaintiffs*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 9, 2021, a true copy of the above and foregoing **STIPULATION TO DISMISS WITH PREJUDICE** was electronically filed with the Clerk of the United States District Court using the CM/ECF system which will send notification to all counsel of record listed below:

**THE LAW OFFICE OF**
**BRIAN D. GONZALES, PLLC**
Brian D. Gonzales
2580 E. Harmony Road, Suite 201
Fort Collins, CO 80528
Tel: 970.214.0562

**MIGLIACCIO & RATHOD, LLP**
Nicholas A. Migliaccio
Jason S. Rathod
412 H Street N.E., Suite 302
Washington, DC 20002
Tel. 202.470.3520

*/s/ Ya Bratcher*
For Gordon Rees Scully Mansukhani, LLP